# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED
SEP 0 2 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br><br>**Zachary Charles Newell**<br><br>*Defendant(s)* | )<br>)<br>) Case No. 4:25-mj-1076-RJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 27, 2025** in the county of **Carteret** in the
**Eastern** District of **North Carolina**, the defendant(s) violated:

*Code Section*                                    *Offense Description*

18 U.S.C. § 875(c) - Interstate threat to kidnap or injure

This criminal complaint is based on these facts:

See attached affidavit, incorporated as if fully restated herein

☒ Continued on the attached sheet.

*Complainant's signature*

Dwight McCurdy, Special Agent, FBI
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone *(specify reliable electronic means)*.

Date: September 2, 2025

*Judge's signature*

City and state: Wilmington, North Carolina

Robert B. Jones, Jr., U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN ARREST WARRANT AND CRIMINAL COMPLAINT

I, Dwight McCurdy, being duly sworn, depose and state as follows:

## BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been an FBI Agent for over six years. I am an investigative officer, or law enforcement officer, of the United States of America within the meaning of Title 18, United States Code, section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18 and 21. I received law enforcement training from the FBI Academy at Quantico, Virginia, and was previously employed as an Officer with the United State Marine Corps. I am currently assigned to the FBI Charlotte Field Office, Wilmington Residence Agency. In the performance of my duties with the FBI, I have participated in criminal investigations involving violent crimes, gang criminal enterprises, impersonation of federal officers, identify theft, Hobbs Act robbery, wire fraud, bank fraud, carjacking, evidence collection, interviews, and the execution of search and arrest warrants. Through these investigations, my training and experience, and conversations with other law enforcement personnel, I have become familiar with individuals who threaten to kidnap or injure others. I am further aware of the methods employed by these individuals through the use of social media platforms.

2. The statements contained in this affidavit are based upon my personal knowledge; information provided by other individuals, including other law

1

enforcement officials; my review of records obtained during the course of this investigation; and my experience and background as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included in this affidavit every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause.

## PERSON TO BE ARRESTED

3. This affidavit is submitted in support of a criminal complaint charging that on or about August 27, 2025, in the Eastern District of North Carolina and elsewhere, ZACHARY CHARLES NEWELL communicated interstate threats to kidnap or injure in violation of 18 U.S.C. § 875(c).

## RELEVANT STATUTE

4. Title 18, United States Code, Section 875(c) prohibits transmitting in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

## PROBABLE CAUSE

5. On August 31, 2025, the FBI National Threat Operations Center (NTOC) received a tip from Google LLC regarding YouTube.com user "CommentatorsHateMe". On August 27, 2025, at 10:37 am EST, a video comment was uploaded to Youtube.com from "CommentatorsHateMe" responding to a YouTube video posted on Andrew Esquire's public YouTube page titled "Legal Mindset." The "Legal Mindset" episode provided information regarding the LAPD investigation into the televised wrestling fight between Raja Jackson and Jackson's opponent in Los

2

Angeles, California. Mr. Jackson is a Black male. That video and "Legal Mindset" are publicly available throughout the United States, as are the posts commenting on it.

6. "CommentatorsHateMe" wrote, "I'm gonna shoot up a black pre school. 20 black babies will be shot and then skinned like the animals they are."

7. The day before, August 26, 2025, at 6:08 p.m. EST, "CommentatorsHateMe" posted a comment to another public YouTube video titled "WWE Wrestler Reacts to Raja Jackson Incident," in which a WWE wrestler comments on the wrestling fight between Raja Jackson and Jackson's opponent. "CommentatorsHateMe" wrote, "You're an incel pssy. A literal GGER hiding in Germany. Wait until they gut you like the animal you are. The amount of pain and suffering black people are about to suffer makes me so happy."

8. The Google LLC tip reported that the "CommentatorsHateMe" account is owned by email account zachnewell4@gmail.com. Google identified the subscriber of zachnewell4@gmail.com as ZACHARY NEWELL with associated recovery email address of zachnewell16@gmail.com and telephone number (252) 241-2017. The Google email account was created on January 1, 2016, with a last login date of August 27, 2025. Google Wallet identified NEWELL's address as being 339 Mill Creek Road, Newport, NC, 28570 and telephone numbers (252) 647-6389 and (252) 241-7624 associated with the account.

9. A law enforcement database search of the name ZACHARY NEWELL revealed an address of 339 Mill Creek Road, Newport, NC, 28570.

10. The IP address related to the Google account activity was 107.12.231.71 which returned to Charter Communications Inc and the IP activity was out of Newport, NC.

11. On August 31, 2025, deputies with the Carteret County Sheriff's Office made contact with NEWELL at 339 Mill Creek Rd, Newport, NC, 28570. Deputies asked NEWELL if he was on social media. NEWELL admitted to posting on Twitter, now known as "X." Deputies advised NEWELL they were contacted by the FBI and advised of a recent post on YouTube that NEWELL was going to shoot up an African American pre-school and skin the children as the animals that they are. NEWELL advised deputies that NEWELL had made the comment on YouTube.

12. Based on my training, experience, and research, I know that YouTube is a video platform owned by Google LLC. Google's headquarters are based in Mountain View, California, and its servers are located worldwide. Its website, including user comments, are publicly available worldwide. In this case, Google's CyberCrime team saw NEWELL's user comments and reported them to the FBI.

## CONCLUSION

13. Thus, I have probable cause to believe that ZACHARY CHARLES NEWELL threatened to injure twenty Black preschool students and communicated those threats on YouTube, in interstate or foreign commerce.

Respectfully submitted,

Dwight McCurdy
Special Agent
Federal Bureau of Investigation

On this \_\_\_1\_\_\_ day of September 2025, Dwight McCurdy appeared before me via reliable means, was placed under oath, and attested to the contents of this Affidavit.

Robert B. Jones, Jr.
United States Magistrate Judge