IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-95-D-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| ZACHARY CHARLES NEWELL | ) | |

The Grand Jury charges that:

On or about August 27, 2025, in the Eastern District of North Carolina, the defendant, ZACHARY CHARLES NEWELL, did knowingly and willfully transmit in interstate and foreign commerce a communication, namely, a comment posted on the public website YouTube.com, and the communication contained a threat to kill and injure any person, specifically, "I'm gonna shoot up a black pre school. 20 black babies will be shot and then skinned like the animals they are."

All in violation of Title 18, United States Code, Section 875(c).

(REST OF PAGE INTENTIONALLY LEFT BLANK)

1

## SPECIAL FINDING

The defendant, ZACHARY CHARLES NEWELL, intentionally selected Black preschool children as the object of the offense described in the Indictment because of the actual and perceived race and color.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON
Date: 23 Sep 25

W. ELLIS BOYLE
United States Attorney

*Charity L Wilson* for
ERIN C. BLONDEL
Assistant United States Attorney